**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. A-19-M-749 |
| | § | |
| **JOSE LUIS ALBERTO MORENO-MORENO,** | § | |
| **a.k.a. Marcos Palacios-Moreno** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Came on to be considered the United States' Motion to Dismiss Complaint, and the Court, having considered same, finds said motion meritorious. Accordingly, it is

**ORDERED** that the United States' Motion to Dismiss Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in the above styled and numbered cause as to the Defendant, JOSE LUIS ALBERTO MORENO-MORENO, a.k.a. Marcos Palacios-Moreno, be, and is hereby, **DISMISSED** without prejudice for refiling same.

**SIGNED** this _____2nd_____ day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE